IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATT ALDISSI, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:20-CV-1074-WKW ) [WO] |
| FED. BUREAU OF PRISONS, *et al.*, | ) ) |
| Respondents. | ) |

## **ORDER**

On June 14, 2022, Petitioner filed a motion for voluntary dismissal of his 28 U.S.C. § 2241 petition for writ of habeas corpus. (Doc. # 36.) On June 21, 2022, Respondents filed a response, representing that they "do[] not oppose the voluntary dismissal of this action." (Doc. # 38, at 1.) Based on Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED and that this action is DISMISSED.

Final judgment will be entered separately.

DONE this 29th day of June, 2022.

                                            /s/   W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE